# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.                                    )    1:13-CR-00080 LJO
                                      )
                                      )
JOSE JAIME SALDANA-MARTINEZ           )

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
                    (**X**) Ad Prosequendum                    ( ) Ad Testificandum.
Name of Detainee:        JOSE JAIME SALDANA-MARTINEZ
Detained at (custodian):   FRESNO COUNTY JAIL

Detainee is:    a.)    (**X** ) charged in this district by:
                        (**X** ) Indictment    ( ) Information    ( ) Complaint
                        Charging Detainee With:    **8 U.S.C. § 1326(a) and (b)(2) Deported Alien Found in the United States**

    or    b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)    (**X**) return to the custody of detaining facility upon termination of proceedings
    or    b.)    ( ) be retained in federal custody until final disposition of federal charges, as a sentence is
                   currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

                    Signature:/s/Mia A. Giacomazzi
                    Printed Name & Phone No:MIA A . GIACOMAZZI/ 559-497-4000
                    Attorney of Record for:        United States of America

### WRIT OF HABEAS CORPUS
                (**X**) Ad Prosequendum                    ( ) Ad Testificandum
The above application is granted and the above-named custodian, as well as the United States Marshal for this
district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further
proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the
above-named custodian.

                                        /s/ Barbara A. McAuliffe
Date    10/17/2013                      United States District/Magistrate Judge
Please provide the following, if known:

| AKA(s) (if applicable): | JOSE JAIME SALDANA | Male X | Female |
|---|---|---|---|
| Booking or CDC #: | 1315088 | DOB: | |
| | Release Date: 04/18/2014 | Race: | |
| | | FBI #: | 070211LB5 |
| Facility Phone: | | | |
| Currently Incarcerated For: | | | |

### RETURN OF SERVICE

Executed on                    by

                                        (Signature)